## MANRIQUE, RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS, RECURRIDO.

No. 596.—*Sometido:* Julio 21, 1924.  *Resuelto:* Julio 29, 1924.

HEREDEROS—VENTA JUDICIAL DE BIENES HEREDADOS PARA PAGAR OBLIGACIONES DEL CAUSANTE—ACEPTACIÓN DE HERENCIA POR MENORES.—Cipriano Manrique demandó en cobro de dinero a la sucesión de Gregorio Solá Delgado, compuesta de su segunda esposa Antonia Díaz Oriazabala, de la hija legítima que procreó con ésta, nombrada Rosa María Solá Díaz, de los hijos legítimos procreados en el primer matrimonio del causante, nombrados Marcos, María, Néstor, Juan, Félix, Carmen, Trinidad, Aurora, Felícita y Marcelino Solá Fontánez, y del hijo natural Justo Solá de Jesús.  El registrador denegó la inscripción de varias fincas vendidas para ejecución de la sentencia, por el fundamento principal de que habiendo inscrito sus participaciones los hijos del primer matrimonio siendo menores de edad, éstos no son responsables de la reclamación con todos sus bienes, pues la herencia de acuerdo con la ley no se puede entender aceptada por tales menores pura y simplemente sino a beneficio de inventario.  *Se resolvió:* que no expresándose en la nota recurrida que del registro conste que las participaciones inscritas a nombre de dichos menores procedan de bienes particulares o que dichas participaciones inscritas no sean el resultado de la liquidación del caudal correspondiente al primer matrimonio, no existe base para confirmar la nota.

NOTA de *L. Márquez,* R. (Caguas), denegando inscripción de escritura de venta judicial.  *Revocada la nota.*

El propio recurrente y el registrador comparecieron por escrito.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del tribunal.

Este es un recurso contra la nota del Registrador de la Propiedad de Caguas que deniega la inscripción de una

venta judicial otorgada por el márshal dè Humacao a favor del recurrente.

La nota recurrida dice:

''Inscrito este documento con vista de otro en cuanto a las participaciones indivisas que en las tres fincas correspondían a doña Antonia Díaz Oriazabala; Marcos, María, Néstor, Juan, Félix, Carmen, Trinidad, Aurora, Felícita y Marcelino Solá Fontanez, Rosa María Solá Díaz y Justo Solá de Jesús, como sucesores o herederos de Gregorio Solá Delgado, allí donde indica la nota puesta al margen de la descripción de cada finca; y denegada en cuanto a las participaciones que en dichas tres fincas corresponden a Marcos, María, Néstor, Juan, Félix, Carmen, Trinidad, Aurora, Felícita y Marcelino Solá Fontanez, como herederos de Juana Fontanez y además en cuanto a una cuarta parte en la finca señalada en la escritura con la letra 'B' por los motivos siguientes: En cuanto a la primera parte de la nota denegatoria, por aparecer del documento que los demandados en la acción que dió lugar a la venta judicial para cumplimentar la sentencia son la segunda esposa de Gregorio Solá—doña Antonia Díaz y los herederos o sucesores de Gregorio Solá Delgado, no habiendo sido demandados los herederos de Juana Fontanez, no determinándose si la deuda origen de la demanda fué producida durante el primer matrimonio de Gregorio Solá Delgado con Juana Fontanez o durante el segundo matrimonio con Antonia Díaz Oriazabala, habiendo inscrito los herederos de Juana Fontanez sus participaciones en las tres fincas por herencia de dicha Juana Fontanez como menores de edad, sin que haya constancia que tales personas que son también herederos de Gregorio Solá Delgado hayan aceptado simplemente y legalmente la herencia del causante Gregorio Solá no pueden responder de las obligaciones de su causante con todos sus bienes o sea con aquellos que no les han correspondido por herencia de dicho causante: y en cuanto a la segunda parte de esta denegatoria por el motivo de hallarse la cuarta parte de la finca señalada con la letra 'B' inscrita a favor de José Muñoz López persona distinta de los demandados en cuya representación fué vendida la finca a Cipriano Manrique, tomándose anotación preventiva a favor de Cipriano Manrique por ciento veinte días a los mismos folios y tomos que constan en las notas puestas al margen de la descripción de cada finca, verificándose las inscripciones con los defectos subsanables de no haber sido aceptada la venta en forma legal y de no constar las circunstancias personales de los demandados sucesores de Gregorio Solá Delgado.''

La negativa se funda en varios defectos, pero el recurrente admite el que se refiere a encontrarse la finca señalada con la letra "B" inscrita a "nombre de persona distinta de los herederos de Gregorio Solá;" no haberse aceptado la venta en forma legal y el de no constar las circunstancias personales de los demandados, por lo que la contención en este recurso queda limitada en cuanto a las participaciones que en las tres fincas vendidas corresponden a Marcos, María, Néstor, Juan, Félix, Carmen Trinidad, Aurora, Felícita y Marcelino Solá Fontanez, como herederos de Juana Fontanez.

Las razones que aduce el registrador para sostener su negativa en esa parte de su calificación no aparecen del todo claras. De un lado parece alegarse por el registrador que habiendo contraído el causante segundas nupcias y no resultando del documento que la deuda fué originada durante el segundo matrimonio, se hacía necesario comprender en la demanda a los herederos del primero, o sea, a los hijos de Juana Fontanez, primera esposa del causante. Pero esta presunción carece de fundamento porque en la demanda, según se desprende de la escritura de venta, están relacionados los herederos que componen la sucesión de uno y otro matrimonio. Por otro lado, el registrador insiste en su alegato que habiendo inscrito sus participaciones los hijos del primer matrimonio siendo menores de edad, éstos no son responsables de la reclamación con todos sus bienes, pues la herencia de acuerdo con la ley no se puede entender aceptada por tales menores pura y simplemente sino a beneficio de inventario. Sin embargo, el registrador no expresa que del registro conste que las participaciones inscritas a nombre de dichos menores procedan de bienes particulares o que dichas participaciones inscritas no sean el resultado de la liquidación del caudal correspondiente al primer matrimonio.

Por todo lo expuesto *la nota debe revocarse y ordenarse la inscripción de la venta judicial* de fecha 18 de enero de

1922 en cuanto a las participaciones en las tres fincas inscritas a nombre de los herederos Marcos, María, Néstor, Juan, Félix, Carmen, Trinidad, Aurora, Felícita y Marcelino Solá Fontanez.